IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | ) | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **PINE LAKE PROPERTY LP,** | ) | **Case No. 25-90001 (ARP)** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

## NOTICE OF CONTINUED MEETING OF CREDITORS

YOU ARE HEREBY NOTIFIED that the meeting of creditors scheduled for February 13, 2025, has been continued to **March 20, 2025 at 10:00 a.m. Central Time.** Any party wishing to participate may call 866-707-5468, then enter the Participant Code 6166997 followed by the pound or hashtag symbol - **#**.

Dated: February 13, 2025

KEVIN M. EPSTEIN
United States Trustee Region 7
Southern and Western Districts of Texas

By:    */s/ Jayson B. Ruff*
        Jayson B. Ruff
        Trial Attorney
        MI State Bar No. P69893
        Office of the United States Trustee
        515 Rusk Avenue, Suite 3516
        Houston, TX 77002
        (713) 718-4650
        Jayson.B.Ruff@usdoj.gov