**Fill in this information to identify the case:**

Debtor name: **Pine Lake Property LP**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): **25-90001**

☐ Check if this is an amended filing

# Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **LSF PLV Houston LLC**<br>Creditor's Name<br>**(f/k/a OREC Structured Finance Co., LLC)**<br>**2001 Ross Avenue, Suite 1900**<br>**Dallas, TX 75201**<br>Creditor's mailing address<br><br>**max.dobrushkin@lument.com**<br>Creditor's email address, if known<br><br>Date debt was incurred<br>**04/29/2022**<br>Last 4 digits of account number<br><br>Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**ALL ASSETS OF DEBTOR**<br><br>Describe the lien<br>**TERM LOAN; SENIOR SECURED LIENS**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$11,128,843.00** | **$10,511,258.00** |

**3. Total** of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   **$11,128,843.00**

### Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **LSF PLV Houston LLC**<br>**(f/k/a OREC Structured Finance Co., LLC)**<br>**C/O Winstead PC, Attn: Sean Davis**<br>**600 Travis St, Suite 1100**<br>**Houston, TX 77002** | Line **2.1** | |