United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 09, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 25-90001 |
| **PINE LAKE PROPERTY LP,** | § | |
| | § | Chapter 11 |
| Debtor. | § | |

**ORDER GRANTING FIRST AND FINAL FEE APPLICATION OF
OKIN ADAMS BARTLETT CURRY LLP, COUNSEL FOR THE DEBTOR,
FOR THE PERIOD OF THE PETITION DATE THROUGH DISMISSAL DATE**
(Relates to ECF # _80_)

The Court considered the *First and Final Fee Application of Okin Adams Bartlett Curry LLP, Counsel for the Debtor, for the Period of the Petition Date Through Dismissal Date* (the "Application"),[1] filed by Okin Adams Bartlett Curry LLP ("Okin Adams" or the "Applicant") in its capacity as bankruptcy counsel for Pine Lake Property LP, the above-captioned debtor (the "Debtor"). It is hereby **ORDERED** that:

1. Applicant is allowed compensation and reimbursement of expenses in the amount of $194,632.23 for the period set forth in the Application.

2. The compensation and reimbursement of expenses allowed in this Order and all previously interim allowances of compensation and reimbursement of expenses are approved on a final basis.

3. The Debtor is authorized to disburse any unpaid amounts allowed by Paragraph 1 of this Order.

Signed: March 09, 2026

_____
Alfredo R Pérez
United States Bankruptcy Judge

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.