IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 25-90001 |
| **PINE LAKE PROPERTY LP,** | § | |
| | § | Chapter 11 |
| Debtor. | § | |

## ORDER GRANTING FIRST AND FINAL FEE APPLICATION OF GETZLER HENRICH & ASSOCIATES LLC, AS CHIEF RESTRUCTURING OFFICER AND FINANCIAL ADVISOR FOR THE DEBTOR, FOR THE PERIOD OF THE PETITION DATE THROUGH DISMISSAL DATE
**(Docket No. 81)**

The Court has considered the *Final Fee Application of Getzler Henrich & Associates LLC as Chief Restructuring Officer and Financial Advisor to the Debtor for the Period of the Petition Date Through Dismissal Date* (the "Application"),[1] filed by Getzler Henrich & Associates LLC (the "Applicant"). It is hereby **ORDERED** that:

1. Applicant is allowed compensation and reimbursement of expenses in the amount of $211,863.33 for the period set forth in the application.

2. The compensation and reimbursement of expenses allowed in this order and all previous interim allowances of compensation and reimbursement of expenses are approved on a final basis.

3. GHA is authorized to apply its retainer against any unpaid amounts allowed by paragraphs 1 or 2 of this Order.

Signed: March 09, 2026

_____
Alfredo R Pérez
United States Bankruptcy Judge

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.