United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 09, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 25-90001 |
| **PINE LAKE PROPERTY LP,** | § | |
| | § | Chapter 11 |
| Debtor. | § | |

### ORDER DISMISSING CHAPTER 11 CASE
### PURSUANT TO SECTION 1112 OF THE BANKRUPTCY CODE
**(Relates to ECF # 79)**

The Court considered the *Debtor's Motion for Entry of an Order Dismissing Chapter 11 Case Pursuant to Section 1112 of the Bankruptcy Code* (the "Motion").[1] The Court having reviewed the Motion and any objections thereto; and based on the matters reflected in the record of the hearing held on the Motion, if any; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A); that notice of the Motion was sufficient; and that the relief requested is in the best interests of the Debtor, its estate, creditors, and other parties in interest, and that good cause has been shown therefore, finds that the Motion should be GRANTED. It is hereby **ORDERED** that:

1. The Debtor's Chapter 11 Case is hereby DISMISSED and CLOSED.

2. Nothing in this Order shall modify the Lift Stay Order, which remains in full force and effect.

3. The Debtor is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

4. Notwithstanding Bankruptcy Rule 6004, to the extent applicable, this Order shall be effective and enforceable immediately upon entry.

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

5. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: March 09, 2026

*(signature)*
Alfredo R Pérez
United States Bankruptcy Judge